Katherine F. Lindemann, as Executrix, etc., Respondent, v. Helena H. Richter, Appellant. — Judgment and order affirmed, with costs. No opin-

ion. Present — Ingraham, P. J., Clarke, Scott, Dowling and Hotchkiss, JJ.